UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER DE JESUS SATURNO PAZ (1),<br>JORGE JOEL VINCES (2),<br>ROGELIO GALLARDO (3),<br>MODESTO PINEDA PEDRAZA (4),<br>TEDITH GUSTAVO PEREZ-ACUNA (5),<br><br>　　　　Defendants. | Case No.: 20CR01761-JLS<br><br><br><br>**ORDER CONTINUING<br>MOTION HEARING/TRIAL SETTING** |

　　GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue [ECF No. 35] be GRANTED, and that the Motion Hearing/Trial Setting for the above-captioned defendants be continued from November 06, 2020, at 1:45 p.m. to January 15, 2021 at 1:45 p.m. Time is excluded under the Speedy Trial Act for the reasons set forth in the joint motion.

　　IT IS SO ORDERED.

Dated: October 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge