# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(**HON. JANIS L. SAMMARTINO**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAVIER DE JESUS SATURNO PAZ (1),<br>JORGE JOEL VINCES (2),<br>ROGELIO GALLARDO (3),<br>MODESTO PINEDA PEDRAZA (4),<br>TEDITH GUSTAVO PEREZ-ACUNA (5),<br><br>  Defendants. | Case No. 20-CR-1761-JLS<br><br>**ORDER CONTINUING MOTION HEARING/ TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting for defendants, JAVIER DE JESUS SATURNO PAZ, JORGE JOEL VINCES, ROGELIO GALLARDO, MODESTO PINEDA PEDRAZA and TEDITH GUSTAVO PEREZ-ACUNA, currently scheduled for January 15, 2021, at 1:45 p.m., be continued to March 19, 2021, at 1:45 p.m. This time is excluded under 18 U.S.C. sections 3161(h)(1)(G) and in the interests of justice, and 3161(h)(7)(A) to allow the defense reasonable time to prepare.

**SO ORDERED.**

DATED: January 8, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge